WINIFRED MURPHY, Appellant, v. JAMES J. MURPHY, Respondent.—

Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

OLYMPIC RADIO & TELEVISION, INC., Respondent, v. BRUNO ANDREWS, Individually and as President of the International Union of Electrical Radio and Television Workers, Local 463, C. I. O., et al., Appellants.—

The complaint fails to allege that the membership authorized or ratified the acts committed by some of the union's members and, therefore, it is insufficient against the union's officers.  (*Martin* v. *Curran,* 303 N. Y. 276.)   For those reasons the injunction should not have been issued against the officers as such. Carswell, Acting P. J., Johnston, Adel, MacCrate and Schmidt, JJ., concur. [See 280 App. Div. 806.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES EDWARD CUFFEE, Appellant.—

No opinion.   Present — Nolan, P. J., Johnston, Adel, MacCrate and Schmidt, JJ.